UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY MARTIN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CLAUDIA BALDUCCI, ) <br> ) <br> Respondent. ) <br> ) | Case No. C12-2016-RSL <br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's amended 28 U.S.C. § 2254 petition for writ of habeas corpus, the Answer, the governing law, the balance of the record, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and any objections to that, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Petitioner's habeas petition is DISMISSED without prejudice for failure to exhaust state-court remedies;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

//

//

ORDER OF DISMISSAL -1

(4)     The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED  this 3rd day of June, 2013.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL -2